EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: | 2008 TSPR 155 |
| Edgardo Mesonero Hernández | 175 DPR _____ |

Número del Caso: TS-6541


Fecha: 11 de septiembre de 2008


Oficina de Inspección de Notarías:

Lcda. Lourdes I. Quintana Lloréns
Directora

Abogado de la Parte Peticionaria:

Por Derecho Propio


Materia: Reinstalación al ejercicio de la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Edgardo Mesonero Hernández                 TS-6541

Sala de Verano integrada por el Juez Presidente señor Hernández Denton, el Juez Asociado señor Rivera Pérez y la Juez Asociada señora Fiol Matta

RESOLUCIÓN

San Juan, Puerto Rico, a 11 de septiembre de 2008.

Habiendo transcurrido el término de suspensión de tres (3) meses del ejercicio de la notaría del Lic. Edgardo Mesonero Hernández, decretado mediante Opinión Per Curiam y Sentencia de fecha 30 de abril de 2008, y en vista de que la Oficina de Inspección de Notarías nos ha informado que la obra notarial incautada del licenciado Mesonero Hernández está próxima a quedar aprobada en su totalidad, se accede a la reinstalación de éste al ejercicio de la notaría, a partir de la notificación de la presente Resolución

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida I. Oquendo Graulau
Secretaria del Tribunal Supremo